UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

STANLEY FITZGRALD FRISON,

CASE NO.: 09-06707-3G3

Debtors.

___

STANLEY FITZGRALD FRISON,

Plaintiff,

Vs.    Adversary Proceeding No.: 10-098

BAC HOME LOANS SERVICING, L.P.,

Defendant.

___

**MOTION FOR ENTRY OF DEFAULT**

**COMES NOW,** the Plaintiff, **STANLEY FITZGRALD FRISON,** by and through his undersigned attorney and hereby moves the court for entry of a default against Defendant, BAC HOME LOANS SERVICING, L.P., and in support thereof would show that service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure, that no extension of

time was sought or obtained by the Defendant, and that the Defendant failed to file responsive pleading or motion within the time specified.

**DATED:**  This 19th day of April, 2010.

_____
**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025
817 North Main Street
Jacksonville, Florida 32202
Telephone:   (904) 355-8055
Facsimile:    (904) 355-8058

Attorney for Plaintiff