UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

STANLEY FITZGRALD FRISON,

CASE NO.: 09-06707-3G3

Debtors.

___

STANLEY FITZGRALD FRISON,

Plaintiff,

Vs.

Adversary Proceeding No.: 10-098

BAC HOME LOANS SERVICING, L.P.,

Defendant.

___

## DEFAULT

The Defendant, **BAC HOME LOANS SERVICING, L.P.**, having been served with summons pursuant to Rule 7004 of the Bankruptcy Rules of Procedure and having failed to serve an answer, motion or other defensive pleading within the time prescribed by law, and the Plaintiff having filed a Motion for Default, a Default is entered against the Defendant **BAC**

1

**HOME LOANS SERVICING, L.P.**

     **DATED:**    This _20_ day of April, 2010.

                           **CLERK OF THE BANKRUPTCY COURT**

                           BY: _M. Sosnicki_
                                    **Deputy Clerk**

**COPY TO:**

**Rehan N. Khawaja, Esquire**
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Attorney for Plaintiff

*BAC Home Loans Servicing, L.P.*