UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

STANLEY FITZGRALD FRISON,

CASE NO.: 09-06707-3G3

Debtors.

---

STANLEY FITZGRALD FRISON,

Plaintiff,

Vs.

Adversary Proceeding No.: 10-098

BAC HOME LOANS SERVICING, L.P.,

Defendant.

---

## MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT

**COMES NOW**, the Plaintiff, **STANLEY FITZGRALD FRISON**, by and through his undersigned attorney and hereby moves the court for entry of a judgment by default. In support thereof, Plaintiff would show that a default has been entered against the Defendant BAC HOME LOANS SERVICING, L.P. for its failure to file any response to the Complaint. Affidavit in support of the allegations set forth in the Complaint is attached hereto.

**DATED:**   This 23rd day of April, 2010.

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No.: 0064025
817 North Main Street
Jacksonville, Florida 32202
Telephone:   (904) 355-8055
Facsimile:   (904) 355-8058
Attorney for Plaintiff