UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

STANLEY FITZGRALD FRISON,

CASE NO.: 09-06707-3G3

Debtors.

___

STANLEY FITZGRALD FRISON,

Plaintiff,

Vs.

Adversary Proceeding No.: 10-098

BAC HOME LOANS SERVICING, L.P.,

Defendant.

___

## AFFIDAVIT IN SUPPORT OF MOTION FOR JUDGEMENT BY DEFAULT

**STATE OF FLORIDA**
**COUNTY OF DUVAL**

**BEFORE ME,** this day personally appeared **STANLEY FITZGRALD FRISON** who, being duly sworn, deposes and says:

1. He is the Plaintiff in this action.

2. Defendant hold a mortgage on Plaintiff's real property in Duval County, Florida.

3. BAC Home Loans Servicing, L.P. *also* holds a mortgage on the same real property, and that mortgage is superior to the mortgage of Defendant.

4. The fair market value of the subject real property is less than the total amount of

1

debt secured by BAC Home Loan Servicing, L.P.'s superior mortgage and, accordingly, there is no equity in the property which is secured by Defendant's mortgage.

5. This affidavit is based on my personal knowledge and belief.

_____
STANLEY FITZGRALD FRISON

SWORN TO AND SUBSCRIBED before me on this 20 day of April, 2010.

MOSES MEIDE, JR.
Commission # DD 872818
Expires May 7, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Notary Public, State of Florida at Large

2