# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:

STANLEY FITZGRALD  FRISON,

CASE NO.: 09-06707-3G3

Debtors.

_____

STANLEY FITZGRALD  FRISON,

Plaintiff,

Vs.

Adversary Proceeding No.: 10-098

BAC HOME LOANS SERVICING, L.P.,

Defendant.

_____

## ORDER GRANTING MOTION FOR JUDGMENT BY DEFAULT

This proceeding is before the court upon the entry of Default against the Defendant **BAC HOME LOANS SERVICING, L.P.,** on April 20, 2010.  It is

**ORDERED:**

A Judgment by Default is entered against the Defendant **BAC HOME LOANS SERVICING, L.P.** for its failure to timely file a responsive pleading or motion to the complaint served on the Defendant by the Plaintiff.

**ORDERED:**  This _27_ day of April, 2010.

**PAUL M. GLENN**
Chief United States Bankruptcy Judge

1

**COPIES FURNISHED TO:**

**Rehan N. Khawaja, Esquire**
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202-3094
Attorney for Plaintiff

**United States Trustee**
135 West Central Boulevard
Suite # 620
Orlando, Florida 32801

BAC Home Loans Servicing L.P.
C/O CT Corporation Systems,
Its Registered Agent

2