UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

STANLEY FITZGRALD FRISON,

CASE NO.: 09-06707-3G3

Debtors.

---

STANLEY FITZGRALD FRISON,

Plaintiff,

Vs.

Adversary Proceeding No.: 10-098

BAC HOME LOANS SERVICING, L.P.,

Defendant.

---

## JUDGMENT

This judgment is entered after entry of default against Defendant **BAC HOME LOANS SERVICING, L.P.** on April 20, 2010. It is

**ORDERED:**

1.  Judgment is entered in favor of Plaintiff **STANLEY FITZGRALD FRISON,** and against Defendant **BAC HOME LOANS SERVICING, L.P.**

2.  The mortgage held by **BAC HOME LOANS SERVICING, L.P.** dated May 12, 2006, which is recorded in Book 13288, at pages 2445 through 2454 of the current public records of Duval County, Florida, encumbering Plaintiff's real property, legal description of which is Lot Eight, (8), Campus Hills, according to plat thereof as recorded in Plat Book 59 at

1

Pages 56 and 57A of the public records of Duval County, Florida, is null and void, and shall be extinguished automatically, without further Court Order, upon entry of the Debtor's discharge in this Chapter 13 proceeding.

3. If this case is converted to a proceeding under Chapter 7 of the bankruptcy code, or if this Chapter 13 case is dismissed, the mortgage will no longer be void and shall be restored as a secured debt.

DATED at Jacksonville, Florida, this __27__ day of April, 2010.

PAUL M. GLENN
Chief United States Bankruptcy Judge

**COPIES FURNISHED TO:**

**Rehan N. Khawaja, Esquire**
Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202-3094
Attorney for Plaintiffs

**BAC Home Loans Servicing, L.P.**
c/o
**CT Corporation System, its Registered Agent**
1200 South Pine Island Road
Plantation, Florida 33324

2